1  Christine D. Baran (SBN 158603)
       E-Mail: cbaran@fisherphillips.com
2  Andrew C. Crane (SBN 285211)
       E-Mail: acrane@fisherphillips.com
3  FISHER & PHILLIPS LLP
4  2050 Main Street, Suite 1000
   Irvine, California 92614
5  Telephone: (949) 851-2424
   Facsimile: (949) 851-0152
6
7  Attorneys for Defendant
   BRIDGE DIAGNOSTICS, LLC
8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
11
12 | KRYSTAL REED, individually, and      Case No:   8:21-cv-01409-CJC-KES
   | on behalf of all others similarly
13 | situated,
                                          **JOINT NOTICE OF SETTLEMENT**
14 |                 Plaintiff,
                                          Complaint Served: September 10, 2021
15 |       v.                             Trial Date: Not Yet Set
16 | BRIDGE DIAGNOSTICS, LLC, a
   | California; and DOES 1 to 10,
17 | inclusive,
18 |
   |                 Defendant.
19
20
21
22
23
24
25
26
27
28

**JOINT NOTICE OF SETTLEMENT**

FP 44216115.1

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF**

**RECORD:**

PLEASE TAKE NOTICE that, pursuant to the Court's December 8, 2021 Order Granting Joint Stipulation to Stay the Case, the Parties hereby notify the Court that, having participated in a mediation on April 27, 2022, and following further negotiations subsequent to the mediation, they have reached a resolution in this matter. The Parties are in the process of reducing the terms of the settlement to a long-form written agreement and anticipate that this will be completed in the next four to six weeks.

Dated:  June 15, 2022                       Respectfully submitted,

                                            FISHER & PHILLIPS LLP

                              By:    _____
                                     Christine D. Baran
                                     Andrew C. Crane
                                     Attorneys for Defendant
                                     BRIDGE DIAGNOSTICS, LLC

Dated: June 9, 2022                         Respectfully submitted,

                                            BISNAR CHASE LLP

                              By:    /s/Ian M. Silvers
                                     Brian D. Chase
                                     Ian M. Silvers
                                     Attorneys for Plaintiff and Putative
                                     Classes

2

**JOINT NOTICE OF SETTLEMENT**

FP 44216115.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

I, ANDREW C. CRANE, am a registered CM/ECF filer whose login ID and password were used to electronically file this Joint Notice of Settlement. I hereby attest that all other signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: _____

Andrew C. Crane
Attorney for Defendant

3
**JOINT NOTICE OF SETTLEMENT**

FP 44216115.1